UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| MARTIN J. WALSH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 2:19-CV-105-KAC-CRW ) |
| EAST TENNESSEE HEMATOLOGY-ONCOLOGY ASSOCIATES, P.C., et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In the Order Dismissing Defendant East Tennessee Hematology-Oncology Associates, PC 401(K) Profit Sharing Plan [Doc. 54], the Court dismissed the last remaining Defendant in this action. Accordingly, no other matters remain before the Court, and the Court **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT